UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

RODNEY EUGENE BABBS, JR.,

    Plaintiff,

vs.                               CASE NO.: 4:15-cv-00194-DGK

BRYAN BLOCK,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through counsel of record, inform the Court this case has been settled and it is agreed by the parties that Plaintiff's Petition for Damages may be dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted,

| **MCCAUSLAND, BARRETT & BARTALOS P.C.** | AND |
|---|---|
| | **THE LAWLER FIRM, LLC** |
| By:*/s/ Mark D. Chuning* | */s/ Christopher J. Lawler* |
| Michael E. McCausland    #29950 | Christopher J. Lawler   #52802 |
| Mark D. Chuning           #43685 | 104 W. 9th Street, Ste. 205 |
| 9233 Ward Parkway, Suite 270 | Kansas City, Missouri 64105 |
| Kansas City, MO 64114 | (816) 912-4700/FAX (816) 567-9151 |
| (816) 523-3000/FAX (816) 523-1588 | chris@lawlerfirmllc.com |
| mmccausland@mbblawfirmkc.com | COUNSEL FOR PLAINTIFF |
| mchuning@mbblawfirmkc.com COUNSEL FOR DEFENDANT | |

## CERTIFICATE OF SERVICE

       I certify that on August 23, 2017, I electronically filed this Stipulation of Settlement with the clerk of the court by using the CM/ECF, which forwarded copies to:

James H. Scott, Esq.
Oak Tower Building
324 East 11th St., Ste. 1706
Kansas City, MO 64106
(816) 221-3365/FAX (816) 221-4025
jslaw1968@aol.com
ATTORNEYS FOR PLAINTIFF

Carl Cornwell, Esq.
Cornwell & Vokins
142 N. Cherry Street
Olathe, Kansas 66061
(913) 254-7600/FAX (913) 254-7602
carlcornwell@cornwellvokins.com
ATTORNEY FOR BRYAN BLOCK

                                                      */s/ Christopher J. Lawler*
                                                    Christopher J. Lawler